Shanny J. Lee, State Bar No. 213599
Law Office of Charles E. Binder
and Harry J. Binder, LLP
Attorneys for Plaintiff
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ESTELA LOPEZ, | No.: 1:17-cv-01576-JDP |
| Plaintiff, | **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND DOLLARS ($7,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

Dated: May 28, 2019

UNITED STATES MAGISTRATE JUDGE